## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| FIRSTBANK, a Tennessee corporation, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Case No.: 2:26-cv-68 |
| U.S. STRATEGIC CAPITAL ADVISORS LLC, a Georgia limited liability company, YWK INVESTMENT GROUP LLC, a Georgia limited liability company, YWK LOGISTICS, LLC, a Georgia limited liability company, and YONG WOO "BRIAN" KIM, | * * * * * * * * * | |
| Defendants. | * | |

**COMPLAINT**
**FOR JUDICIAL FORECLOSURE AND DECLARATORY JUDGMENT**

COMES NOW Plaintiff FirstBank, and hereby files its Complaint against U.S. Strategic Capital Advisors LLC, stating as follows:

### THE PARTIES

1. FirstBank is incorporated under the laws of the State of Tennessee and has its principal place of business in Tennessee.

2. U.S. Strategic Capital Advisors LLC (hereinafter, "Strategic") is a limited liability company formed under the laws of the State of Georgia, and upon information and belief, its members are citizens of the State of Georgia. (Exhibit A)

3. YWK Investment Group LLC in is a limited liability company formed under the laws of the State of Georgia, and upon information and belief, its members are citizens of the State of Georgia. (Exhibit B).

4. YWK Logistics, LLC is a limited liability company formed under the laws of the State of Georgia, and upon information and belief, its members are citizens of the State of Georgia. (Exhibit C).

5. Yong Woo "Brian" Kim is an individual over the age of nineteen years and, upon information and belief, is domiciled in the State of Georgia.

6. Upon information and belief, no defendant is a citizen of the State of Tennessee, and therefore complete diversity exists between the parties.

## JURISDICTION AND VENUE

7. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

8. This Court has personal jurisdiction over the defendants because they have sufficient minimum contacts with the State of Alabama. Specifically, Strategic holds a mortgage which secures real property located in Montgomery County, Alabama. Furthermore, YWK Investment Group LLC, YWK Logistics, LLC, and Yong Woo "Brian" Kim are parties to the FirstBank September 2022 Loan Documents, as hereinafter defined, which include a mortgage securing real property located in Montgomery County, Alabama.

9. Venue is proper in the United States District Court for the Middle District of Alabama, Northern Division, pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the property that is the subject of this action is situated within Montgomery County, Alabama.

## FACTUAL ALLEGATIONS

10. This action is brought to judicially foreclose on the FirstBank September 2022 Mortgage, as hereinafter defined, and to determine the priority said mortgage with respect to certain mortgages held by FirstBank and Strategic which encumber the real property located at 2800 Selma Highway, Montgomery, Alabama 36108, which is further described as follows:

> Beginning at the point of intersection of the West line of Baldwin Avenue and the North line of U.S. Highway No. 80, said point also being in the Southeast corner of said Lot #8 and in the North line of an easement conveyed by The Tennessee Property Company to the State of Alabama by deed dated May 31, 1961, recorded in Deed Book 504, at Page 144, in the Office of the Judge of Probate of Montgomery County, Alabama; thence South 79 degrees 32 minutes West along said North line of said Highway and the South line of said Lot 8 a distance of six hundred seventy-two and eighty five hundredths (672.85) feet to a point on the Southwest corner of said Lot 8; thence Northwardly along the West line of said Lot 8 forming an interior angle of 61 degrees 16 minutes a distance of eight hundred eighty six and nine hundredths (886.09) feet to a point in the Lot line between Lots 7 and 8 of said Block 2; thence Eastwardly along said Lot line between Lots 7 and 8 a distance of five hundred ninety (590) feet to a point in the Northeast corner of said Lot 8, said point also being in the West line of Baldwin Avenue; thence Southwardly along said West line of Baldwin Avenue and the East line of said Lot 8 a distance of five hundred sixty two and sixty three hundredths (562.63) feet to the point of beginning, containing nine and eight hundred twenty one thousandths (9.821) acres, more or less.
>
> MORE PARTICULARLY DESCRIBED AS:
> Lot No. 8, in Block No. 2, of Catoma Industrial Park, Plat No. 1, as recorded in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 18, at Page 103.

(hereinafter, the "Property").

11. On January 19, 2022, YWK Logistics, LLC, a Georgia limited liability company, executed that certain purchase money mortgage encumbering the Property in favor of Southern States Bank[1] which secures the principal indebtedness of $1,500,000.00, evidenced by a promissory note of even date, and said mortgage was recorded in the Office of the Judge of Probate

---

[1] FirstBank is the successor by merger to Southern States Bank and therefore holds all mortgages made to Southern States Bank referenced herein.

of Montgomery County, Alabama[2], on January 19, 2022, in Real Property Book 5751, at page 415 (hereinafter, the "FirstBank Purchase Money Mortgage"). (See Exhibit D).

12. On February 28, 2022, YWK Logistics, LLC executed that certain mortgage encumbering the Property in favor of Southern States Bank which secured the principal indebtedness of $980,000.00, evidenced by a promissory note of even date, and said mortgage was recorded on March 1, 2022, in Real Property Book 5773, at page 467 (hereinafter, the "FirstBank February 2022 Mortgage"). (See Exhibit E).

13. On July 15, 2022, YWK Logistics, LLC executed that certain mortgage encumbering the Property in favor of Strategic which secured the principal indebtedness of $1,100,000.00, and the same was recorded on July 22, 2022, in Real Property Book 5853, at page 561 (hereinafter, the "Strategic July 2022 Mortgage"). (See Exhibit F). At the time the Strategic July 2022 Mortgage was made, Strategic received a third lien position junior to both the FirstBank Purchase Money Mortgage and the FirstBank February 2022 Mortgage.

14. On September 14, 2022, YWK Logistics, LLC executed that certain Warranty Deed, conveying the Property to YWK Investment Group LLC, a Georgia limited liability company, and the same was recorded on September 15, 2022, in Real Property Book 5877, at page 443 (hereinafter, the "YWK Investment Group Deed"). (See Exhibit G).

15. On September 13, 2022, YWK Investment Group LLC executed that certain mortgage encumbering the Property in favor of Southern States Bank which secured the principal indebtedness of $2,457,602.68, evidenced by a promissory note of even date, and said mortgage was recorded on September 15, 2022, in Real Property Book 5877, at page 446, subsequent to the

---

[2] Recording references made hereafter shall refer to documents recorded in the Office of the Judge of Probate of Montgomery County, Alabama.

YWK Investment Group Deed (hereinafter, the "FirstBank September 2022 Mortgage"). (See Exhibit H).

16. When the FirstBank September 2022 Mortgage was executed, FirstBank had no actual knowledge of the Strategic July 2022 Mortgage.

17. On September 13, 2022, in conjunction with the FirstBank September 2022 Mortgage, YWK Investment Group LLC executed a Promissory Note in the principal amount of $2,457,602.68 (the "FirstBank September 2022 Note"). (See Exhibit H-1).

18. On September 13, 2022, also in conjunction with the FirstBank September 2022 Mortgage, Yong Woo Kim and YWK Logistics, LLC each executed a Commercial Guaranty, thereby guaranteeing YWK Investment Group LLC's payment and performance under the loan made in conjunction with the FirstBank September 2022 Mortgage (the "FirstBank September 2022 Guaranty").[3] (See Exhibit H-2).

19. The FirstBank September 2022 Mortgage was done to restate the then-outstanding combined balances of the FirstBank Purchase Money Mortgage and the FirstBank February 2022 Mortgage. FirstBank did not intend to destroy either the First Bank Purchase Money Mortgage lien or the FirstBank February 2022 Mortgage lien. Rather, the settlement statement from closing of the FirstBank September 2022 Mortgage shows that the funds from said mortgage were used to restate the balances of the FirstBank Purchase Money Mortgage and the FirstBank February 2022 Mortgage. (See Exhibit I).

---

[3] The FirstBank September 2022 Mortgage, the FirstBank September 2022 Note, and the FirstBank September 2022 Guaranty are herein referred to as the "FirstBank September 2022 Loan Documents."

20. On October 7, 2022, a release of the FirstBank February 2022 Mortgage was recorded in Real Property Book 5889, at page 36. (Exhibit J). Although it filed a release, FirstBank did not intend to destroy the FirstBank February 2022 Mortgage lien.

21. On October 24, 2022, YWK Logistics, LLC—which no longer owned the Property—executed that certain mortgage modification in favor of Strategic, purportedly encumbering the property and modifying the Strategic July 2022 Mortgage by increasing the principal indebtedness secured to $1,900,000.00 (the "Strategic October 2022 Mortgage Modification"). (Exhibit K).

22. On December 21, 2022, a release of the FirstBank Purchase Money Mortgage was recorded in Real Property Book 5916, at page 201. (Exhibit L). Although it filed a release, FirstBank did not intend to destroy the FirstBank Purchase Money Mortgage lien.

23. On August 3, 2023, YWK Investment Group LLC executed that certain mortgage encumbering the Property in favor of Strategic which secured the principal indebtedness of $3,200,000.00, and the same was recorded on September 1, 2023, in Real Property Book 6029, at page 223 (the "Strategic August 2023 Mortgage"). (Exhibit M). Upon information and belief, the $3,200,000.00 of indebtedness secured by the Strategic August 2023 Mortgage included the outstanding balances of the Strategic July 2022 Mortgage and the Strategic October 2022 Mortgage Modification.

24. YWK Investment Group LLC is in default under the FirstBank September 2022 Loan Documents for, among other reasons, (1) failing to pay the monthly installments of principal and interest as and when due under the Promissory Note, (2) failing to timely and fully pay all real property taxes owing on the Property for years 2023 and 2024, and (3) default under its loan obligations to Strategic.

25. On October 27, 2025, FirstBank sent a Notice of Default, Demand for Cure and Reservation of Rights to YWK Investment Group LLC, YWK Logistics, LLC, and Yong Woo Kim, setting forth certain defaults under the FirstBank September 2022 Loan Documents (the "FirstBank Notice of Default") (Exhibit N).

26. To date, YWK Investment Group LLC, YWK Logistics, LLC, and Yong Woo Kim have failed to cure the existing defaults under the FirstBank September 2022 Loan Documents.

27. On December 9, 2025, FirstBank sent an Acceleration Notice to YWK Investment Group LLC, YWK Logistics, LLC, and Yong Woo Kim due to the continued defaults under the FirstBank September 2022 Loan Documents (the "FirstBank Acceleration Notice"). (Exhibit O).

## COUNT I - DECLARATORY JUDGMENT

28. FirstBank reasserts and incorporates each and every allegation contained in the foregoing paragraphs as if more fully set out in paragraph.

29. FirstBank brings this Court pursuant to the Alabama Declaratory Judgment Act, Ala. Code § 6-6-220, *et seq*., and 28 U.S.C. § 2201, and seeks a declaration of the rights, status, and other legal relations of FirstBank and Strategic—and specifically the priority of their respective mortgage liens.

30. As set forth herein, an actual, present, and justiciable controversy exists.

a. **Replacement Mortgage**

31. FirstBank is entitled to the lien priority of the FirstBank Purchase Money Mortgage and/or the FirstBank February 2022 Mortgage because the FirstBank September 2022 Mortgage is a "Replacement Mortgage" under Alabama law. See Wells Fargo Bank, N.A. v. Svenby, No. 2:15CV890-WHA, 2016 WL 4718952, at *6 (M.D. Ala. Sept. 8, 2016), judgment entered, No. 2:15CV890-WHA, 2016 WL 4719883 (M.D. Ala. Sept. 8, 2016).

32. FirstBank's intent was not to destroy the FirstBank Purchase Money Mortgage lien or the FirstBank September 2022 Mortgage lien.

33. At the time Strategic made its loan in conjunction with the Strategic July 2022 Mortgage, the FirstBank Purchase Money Mortgage and the FirstBank February 2022 Mortgage were both unreleased of record. Accordingly, Strategic did not rely on the releases filed for said First Bank mortgages and is therefore not prejudiced.

### b. Equitable Subrogation

34. Alternatively, FirstBank by way of "Equitable Subrogation" is entitled to the lien priority of the FirstBank Purchase Money Mortgage and/or the FirstBank February 2022 Mortgage because: (1) the FirstBank September 2022 Mortgage was used to restate the debt secured by the said prior FirstBank mortgages; (2) the parties contemplated that FirstBank would have security of equal dignity to said prior FirstBank mortgages; (3) the entire balance of said prior FirstBank mortgages were reinstated; (4) FirstBank had no actual knowledge of the intervening Strategic July 2022 Mortgage; and (5) Strategic is not burdened, embarrassed, or prejudiced because, at the time it recorded the Strategic July 2022 Mortgage, the FirstBank Purchase Money Mortgage and the FirstBank February 2022 Mortgage were not released of record. Accordingly, Strategic received a third lien position junior to both the FirstBank Purchase Money Mortgage and the FirstBank February 2022 Mortgage. See <u>Foster v. Porter Bridge Loan Co., Inc.</u>, 27 So.3d 481 (Ala. 2009).

### c. The Strategic October 2022 Mortgage Modification is Void

35. YWK Logistics LLC no longer owned the Property when it executed the Strategic October 2022 Mortgage Modification. Accordingly, the same is due to be declared void as no interest in property conveyed therein.

WHEREFORE, premises considered, FirstBank respectfully requests that this Honorable Court enter judgment in its favor and grant the following relief:

I. Declare that the FirstBank September 2022 Mortgage is entitled to first lien priority on the Property under the Replacement Mortgage Doctrine as said mortgage replaced and restated the FirstBank Purchase Money Mortgage and the FirstBank February 2022 Mortgage without intent to destroy said liens;

II. Alternatively, declare that the FirstBank September 2022 Mortgage is Equitably Subrogated to the lien positions of the FirstBank Purchase Money Mortgage and the FirstBank February 2022 Mortgage, and that FirstBank therefore holds a first priority lien on the Property to the extent the funds from the FirstBank September 2022 Mortgage were used to restate said prior FirstBank mortgages;

III. Declare that the Strategic mortgage liens recited herein are junior and subordinate to FirstBank's mortgage interest;

IV. Declare the Strategic October 2022 Mortgage Modification void; and

V. Award FirstBank such other and further declaratory or equitable relief as the Court deems just and proper to effectuate and enforce the Court's declarations.

## **COUNT II – JUDICIAL FORECLOSURE**

36. The FirstBank September 2022 Loan Documents require, among other things, that YWK Investment Group LLC, YWK Logistics, LLC, and Yong Woo Kim pay monthly payments of principal and interest, property taxes and assessments, insurance premiums, late charges, and attorney's fees. The FirstBank September 2022 Loan Documents grants FirstBank the rights to accelerate the amounts secured thereby and foreclose on the Property after default, and for the collection of all amounts owing and/or advanced under the FirstBank September 2022 Loan

Documents as well as costs and expenses of foreclosure and any sums reasonably expended by FirstBank for the protection and preservation of the Property not otherwise prohibited.

37. YWK Investment Group LLC, YWK Logistics, LLC, and Yong Woo Kim have failed to cure the events of default set forth in the FirstBank Notice of Default.

38. The amounts owing under the FirstBank September 2022 Loan Documents have been properly accelerated.

39. FirstBank is the current holder of the FirstBank September 2022 Mortgage.

40. FirstBank has the legal right to foreclose on the Property.

41. The interests of Strategic, and any other party whose interests became of record after the FirstBank Purchase Money Mortgage and the FirstBank February 2022 Mortgage are subsequent, inferior, or subordinate to the FirstBank's lien.

WHEREFORE, premises considered, FirstBank respectfully requests that this Honorable Court enter judgment in its favor and grant the following relief:

I. That FirstBank is entitled to foreclose on the FirstBank September 2022 Mortgage and to offer for sale the Property in accordance with applicable Alabama law to satisfy the principal and other amounts outstanding that are secured by the FirstBank September 2022 Mortgage;

II. That FirstBank shall cause a Notice of Foreclosure sale to be published in a newspaper of general circulation in Montgomery County, Alabama, once each week for three consecutive weeks in conformity with Ala. Code § 32-10-13;

III. That FirstBank shall conduct a public sale of the Property on the date of the foreclosure sale on the front steps of the Montgomery County Courthouse;

IV. That FirstBank shall execute a deed to the purchaser of the Property at the foreclosure sale;

V. That FirstBank is permitted to be a purchaser at the foreclosure sale and is permitted to "credit bid" the amount owed to it;

VI. That attorneys' fees and costs to FirstBank in its enforcement of its rights and remedies prior to and during this litigation, including all fees incurred up and until the date of foreclosure shall be amounts owing under the FirstBank September 2022 Loan Documents; and

VII. Grant such other and further relief as the Court deems just and equitable.

Respectfully submitted,

*/s/ Joe Wiley L. Mitchell*
Joe Wiley L. Mitchell  (ASB 1658-X67Q)
Mark T. Davis  (ASB-0345-S71M)
*Attorneys for Plaintiff FirstBank*

**OF COUNSEL:**
Ball, Ball, Matthews & Novak, P.A.
445 Dexter Avenue, Suite 9045
Montgomery, AL 36104
Phone: 334-387-7680
Email: jmitchell@ball-ball.com
Email: mdavis@ball-ball.com

**Service of Process**

Defendants may be served with process at the following addresses:

**U.S. Strategic Capital Advisors LLC**
c/o Registered Agent: Derek Cunningham
234 Elmdale Court
Milton, GA 30004


**YWK Investment Group LLC**
c/o Registered Agent: Yong Woo Kim
3775 Venture Drive, Ste G101
Duluth, GA 30096


**YWK Logistics, LLC**
c/o Registered Agent: Yong Woo Kim
3775 Venture Drive, Ste G101
Duluth, GA 30096


**Yong Woo Kim**
3775 Venture Drive, Ste G101
Duluth, GA 30096